UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHANA CELESTINE JAMES,

    Plaintiff,

                                Case No.15-cv-11790
                                HON. GERSHWIN A. DRAIN

vs.


COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/


**ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION (#17), GRANTING  DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (# 16) AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (# 15) AND DISMISSING ACTION**


    This matter is before the court on the parties' Cross-Motions for Summary Judgment as to Plaintiff Shana Celestine James's claim for judicial review of Defendant Commissioner of Social Security's denial of her application for disability insurance benefits.  The matter was referred to Magistrate Judge Patricia T. Morris, who issued a Report and Recommendation on May 26, 2016, recommending that the Court grant Defendant's Motion for Summary Judgment, deny Plaintiff's Motion for

Summary Judgment, and affirm the Commissioner's findings. Neither party has filed objections to the Magistrate Judge's Report and Recommendation, and the time for filing objections has expired.  *See* 28 U.S.C. § 636(b)(1)(C).

Upon review of the parties' briefing and the Magistrate Judge's Report and Recommendation, the Court concludes that the Magistrate Judge reached the correct conclusion.  Therefore, the Court hereby ACCEPTS and ADOPTS Magistrate Judge Morris's May 26, 2016 Report and Recommendation [#17] as this Court's findings of fact and conclusions of law.  Defendant's Motion for Summary Judgment [#16] is GRANTED.  Plaintiff's Motion for Summary Judgment [#15] is DENIED.

This cause of action is dismissed.

SO ORDERED.

Dated:  June 20, 2016

/s/ Gershwin A. Drain  
GERSHWIN A. DRAIN  
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of
record on
June 20, 2016, by electronic and/or ordinary mail.
/s/ Tanya Bankston
Case Manager